JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

FILED
JAN 0 6 2010

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> NATHAN POPE <br><br> Defendant | Case No.: CR 09-263 RMW <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT POPE'S CONDITIONS OF RELEASE |

## DECLARATION OF JAMES McNAIR THOMPSON

I, James McNair Thompson, declare:

I am now and at all relevant times have been the attorney of record for the defendant NATHAN POPE. At the time of his original detention hearing in the Northern District of California, defendant POPE'S conditions of release allowed him to travel from the Southern District of California to visit his fiancé defendant ADRIANA STUMPO in the Central District of California.

I am informed and believe that defendant Pope and defendant Stumpo have married, and now intend to reside on East Bermuda Street, Long Beach, CA, 90814 as husband and wife, at an address known to Pretrial Services. On that basis,

1  defendant Pope moves for a modification of his conditions of pretrial release
2  permitting him to reside at that address, and to report to Pretrial Services in the
3  Central District of California.
4      I have advised the Government, by an email to Assistant United States
5  Attorney Elise Becker, of this fact, and the Government has no objection.
6      I declare under penalty of perjury that the foregoing is true and correct;
7  executed this 18th day of December, 2009 at Ft. Lauderdale, Florida.

_____

James McNair Thompson

[PROPOSED] ORDER

GOOD CAUSE THEREFORE APPEARING, IT IS SO ORDERED.

Dated: 1/6/10

_____

MAGISTRATE JUDGE ~~RICHARD SEEBORG~~