1  JAMES McNAIR THOMPSON
   SBN 67807
2  LAW OFFICES OF JAMES McNAIR THOMPSON
   PO BOX 636
3  LOS GATOS CA 95031
   (408) 358-6047

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7              SAN JOSE DIVISION

8

9

10 UNITED STATES OF CALIFORNIA,   )   Case No.: CR 09-263 RMW
                                  )
11         Plaintiff,              )   STATUS CONFERENCE
                                  )   MEMORANDUM OF NATHAN POPE
12    vs.                         )
                                  )
13 NATHAN POPE                    )
           Defendant              )
14 _____

15                                 Date: April 5, 2010
                                   Time: 9.00 a.m.
16                                 DEPT: COURTROOM 6, 4TH FLOOR,
                                   HON. RONALD M. WHYTE,
17                                 PRESIDING

18     Defendant Nathan Pope, by and through his attorney James McNair

19 Thompson, submits the following Status Conference Memorandum:

20     He has read the Status Conference Memorandum of Adriana Stumpo, and

21 agrees with the statements contained therein.

22

23 Defendant Pope's Status Conference Memorandum April 5, 2010          Page 1

He had prepared, and was ready to file, a motion to compel the Government to prepare and serve and Bill of Particulars, when he learned that defendant Stumpo had sent a letter requesting a Bill of Particulars from the Government, and that the Government had agreed to supply the defendants with a Bill of Particulars on or before April 9, 2010.  He thereafter sent the Government a letter setting forth particular concerns he held with respect to the Bill of Particulars.

Defendant Pope agrees with defendant Stumpo that the motions which we will be required to file depend, both with respect to the relief sought, and with respect to the arguments made in support of that relief, on an analysis of the Government's Bill of Particulars which we expect to receive by April 9, 2010;  for that reason, we anticipate that it will take three weeks to analyze the Bill of Particulars, and to determine exactly which motions should be filed, and exactly which arguments in support of those motions should be made.

Defendant Pope also appreciates the cooperation of the Government in supplying discovery to date, but agrees with defendant Stumpo that certain discovery issues remain unresolved;  defendant Pope further agrees with defendant Stumpo that in light of the Government's cooperation in resolving these issues to date, they will very probably be resolved informally.

Dated:  April 2, 2010

Respectfully submitted,

James McNair Thompson
Attorney for defendant Pope