JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

Attorney for defendant Nathan Pope

Thomas J. Nolan (SBN 48413)
Emma Bradford (SBN 233256)
Nolan, Armstrong & Barton LLP
600 University Ave.
Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Counsel for Defendant Adriana Stumpo

**FILED**

MAY 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH BUDDENBERG et al.<br><br>　　　　Defendant | Case No.: CR 09-263 RMW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE FOR DEFENDANTS<br>POPE AND STUMPO |

### DECLARATION OF JAMES McNAIR THOMPSON

I, James McNair Thompson, declare:

I am now and at all relevant times have been the attorney of record for the defendant NATHAN POPE. I have consulted with Thomas J. Nolan and Emma Bradford, who are and at all relevant times have been attorneys of record for defendant ADRIANA STUMP, and am authorized by them to speak on behalf of

defendant ADRIANA STUMPO for the limited purpose of bring this motion, stipulation and proposed order.

At the time of his original detention hearing in the Northern District of California, defendant POPE'S conditions of release allowed him to travel from the Southern District of California to visit his then fiancé defendant ADRIANA STUMPO in the Central District of California.

I am informed and believe that defendant Pope and defendant Stumpo have since married, and now, with the Court's consent, reside on East Bermuda Street, Long Beach, CA, 90814 as husband and wife. However, they have found more suitable dwelling on East 3rd Street, Long Beach, California.

On that basis, defendants Pope and Stumpo move for a modification of their respective conditions of pretrial release permitting them to reside at that address, and to continue to report to Pretrial Services in the Central District of California.

I have advised the Government, by an email to Assistant United States Attorney Elise Becker, of this fact, and the Government has no objection, she has no objection to the proposed order.

I declare under penalty of perjury that the foregoing is true and correct; executed this 13th day of May, 2010 at Los Gatos, California.

_____

James McNair Thompson
Attorney for defendant Pope, and
Appearing specially for defendant Stumpo for purposes of this motion

## [PROPOSED] ORDER

GOOD CAUSE THEREFORE APPEARING, IT IS SO ORDERED.

Dated: 5/14/10

_____